# Court of Appeals
# of the State of Georgia

ATLANTA,___July 13, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0579. ZAREM v. SOUTHCOAST PROPERTIES, LLC et al .**

Allison Zarem filed an application for discretionary review of the trial court's order entering judgment in her favor in the amount of $2,622.92. We granted the application because, although the litigation began as a dispossessory proceeding in magistrate court, the state court's review was not de novo and, thus, the discretionary appeal procedure required under OCGA § 5-6-35 (a) (11) did not apply here. However, a closer review reveals that a discretionary application was indeed required, albeit on a different basis - namely, that Zarem sought to appeal in an action for damages in which the judgment is $10,000 or less. OCGA § 5-6-35 (a) (6). See *Harpagon Co., LLC v. Davis*, 283 Ga. 410, 412 (658 SE2d 633) (2008).

In any event, following our review of the case, including consideration of the complete record on appeal, we have determined that there was no error in the trial court's decision.

The application for discretionary appeal having thus been improvidently granted, the appeal is hereby DISMISSED. See *Williams v. McCarthy*, 329 Ga. App. 85, 86 (763 SE2d 748) (2014).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/13/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*